BRYAN SCHWARTZ LAW
Bryan J. Schwartz (SBN 209903)
Email: bryan@bryanschwartzlaw.com
Rachel M. Terp (SBN 290666)
Email: rachel@bryanschwartzlaw.com
1330 Broadway, Suite 1630
Oakland, California 94612
Tel: (510) 444-9300
Fax: (510) 444-9301

DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Email: aashish@desai-law.com
Adrianne De Castro, Esq. (SBN 238930)
Email: adrianne@desai-law.com
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190

*Attorneys for Plaintiff and the Putative
Class and Collective*

[Defense Counsel's information on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MORET, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANCORP, U.S. BANK, N.A., AND RED SKY RISK SERVICES, LLC, and DOES 1-10, inclusive<br>Defendants. | Case No.: 5:18-cv-01612-AB-SP<br><br>**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND CONDITIONAL CERTIFICATION OF AN FLSA COLLECTIVE ACTION FOR SETTLEMENT PURPOSES, AND PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES**<br><br>**HEARING SCHEDULE**<br><br>DATE: September 13, 2019<br>TIME: 10:00 a.m.<br>CTRM.: 7B |

1  JOAN B. TUCKER FIFE (SBN: 144572)
2  jfife@winston.com
   RAQUEL M. MASON (SBN: 301747)
3  rmason@winston.com
4  **WINSTON & STRAWN LLP**
   101 California Street, 35th Floor
5  San Francisco, CA 94111
6  Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
7  EMILIE C. WOODHEAD (SBN: 240464)
8  ewoodhead@winston.com
   JASON S. CAMPBELL (SBN: 285044)
9  jscampbell@winston.com

10
   **WINSTON & STRAWN LLP**
11 333 S. Grand Avenue, 38th Floor
12 Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
13 Facsimile: (213) 615-1750
14 Attorneys for Defendants
   U.S. BANCORP;
15 U.S. BANK NATIONAL ASSOCIATION; and
   RED SKY RISK SERVICES, LLC
16 *Attorneys for Defendants U.S. Bancorp,*
   *U.S. Bank National Association, and*
17 *Red Sky Risk Services, LLC*

18
19
20
21
22
23
24
25
26
27
28

i

**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND CONDITIONAL CERTIFICAITON OF FLSA COLLECTIVE ATION**

PLEASE TAKE NOTICE that on September 13, 2019, at the United State District Court for the Central District, Courtroom 7B, Plaintiff Pedro Moret (collectively with the Opt-in Plaintiffs, "Plaintiffs") and Defendants U.S. Bancorp U.S. Bank, N.A., and Red Sky Risk Services, LLC, ("Defendants") will move this Court for an Order Granting the Parties' Joint Motion for Approval of Settlement Agreement and Conditional Certification of the FLSA Collective Action for Settlement Purposes, and Plaintiffs' Request for Attorneys' Fees.  The Parties jointly move this Court for an order as follows: (1) approving the FLSA Collective Action Settlement Agreement pursuant to section 216(b) of the Fair Labor Standards Act, (2) approving the manner and form of notice to be sent to the FLSA Collective, (3) approving the request for Service Awards pursuant to the Settlement Agreement, (4) approving the request for Attorneys' Fees and Costs pursuant to the terms of the Settlement Agreement, (5) approving the PAGA payment as set forth in the Settlement Agreement, (6) approving the release of claims as specified in the Settlement Agreement as binding and effective, (7) dismissing Plaintiff's Rule 23 class claims under California law, and (8) directing that final judgment of dismissal be entered as between Plaintiffs and Defendants.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities attached to this Motion, the Declarations, their Exhibits, all pleadings and papers filed herein, the arguments of counsel, and any other matters properly before the Court.

1

2 DATED: August 12, 2019          DESAI LAW FIRM, P.C.

3

4                                                 By    /s/ *Aashish Y. Desai*
                                                    Aashish Y. Desai (SBN 187394)
5                                                   Adrianne DeCastro (SBN 238930)
                                                    **BRYAN SCHWARTZ LAW**
6                                                   Bryan Schwartz (SBN 209903)
                                                    Rachel M. Terp (SBN 290666)
7                                                   Logan T. Talbot (SBN 300591)

8                                                   *Attorneys for Plaintiff Pedro Moret and*
                                                    *Putative Class and Collective Action*
9                                                   *Members*

10

11 DATED: August 12, 2019                       **WINSTON & STRAWN**

12

13                                                   By:   */s/ Emilie C. Woodhead*

14                                                   Joan B. Tucker Fife
                                                     Emilie C. Woodhead
15
                                                     *Attorney for Defendants*
16

17

18

19

20

21

22

23

24

25

26

27

28

2