# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: ED CV 18-01612-AB (SPx) | Date: September 13, 2019 |
| Title: Pedro Moret v. U.S. Bancorp et al | |

**Present: The Honorable  ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Aashish Y Desai | Emilie Consuelo Woodhead |
| Bryan J Schwartz (Telephonic) | Joan B Tucker Fife |

**Proceedings:** JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND CONDITIONAL CERTIFICATION OF AN FLSA COLLECTIVE ACTION FOR SETTLEMENT PURPOSES, AND PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES [49]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

---

CV-90 (12/02)       **CIVIL MINUTES - GENERAL**       00 : 02   Initials of Deputy Clerk CB